IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01206-PAB-MEH

KATERI TRAVERSIE-AKERS, a Colorado resident,

    Plaintiff,

v.

COURTESY MOTOR CO., d/b/a Courtesy Auto Group,
COURTESY ACURA/ISUZU,
SATURN NORTH,
SATURN OF AURORA,
SATURN OF LONGMONT,
TSD, INC., a Colorado corporation,
R.K.B., INC., a Colorado corporation,
KKP, INC., a Colorado corporation,
JOHN DOE, an individual,
CYD, INC., a Colorado corporation,
RDIXON, INC., a Colorado corporation,
MHELD, INC., a Colorado corporation,
WHMJR, INC., a Colorado corporation,
SALES OPERATING CONTROL SERVICES, INC., d/b/a Courtesy Auto Group, a North Carolina corporation, and
DEAN FOWLER, a Colorado resident,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed October 27, 2008; docket #41] is **denied without prejudice**. Plaintiff supplies no reason for, nor any description of, the proposed amendment(s) to allow the Court to determine whether "justice so requires."