IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01206-PAB-MEH

KATERI TRAVERSIE-AKERS,

    Plaintiff,

v.

COURTESY MOTOR CO.,
d/b/a Courtesy Auto Group, Courtesy Acura/Isuzu, Saturn North, Saturn of Aurora, and Saturn of Longmont, a North Carolina partnership,
TSD, INC., a Colorado corporation,
DIXON II, INC., a Colorado corporation,
R.K.B., INC., a Colorado corporation,
KKP, INC., a Colorado corporation,
JOHN DOE, an individual,
CYD, INC., a Colorado corporation,
RDIXON, INC., a Colorado corporation,
MHELD, INC., a Colorado corporation,
WHMJR, INC., a Colorado corporation,
SALES OPERATING CONTROL SERVICES, INC.,
d/b/a Courtesy Auto Group, a North Carolina corporation,
TERRY STERLING DIXON, II, a Colorado resident,
WILLIAM MEIERS, a Colorado resident, and
DEAN FOWLER, a Colorado resident,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Joint Motion for Stipulated Dismissal [Docket No. 102]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Joint Motion for Stipulated Dismissal [Docket No. 102] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that all other pending motions are denied as moot.

DATED May 6, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge